UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　CASE NO.: 18-24646-RBR
　　　　　　　　　　　　　　　　　　　　　　CHAPTER:7
Michael A. Pagano
*dba* Pagano Enterprises LLC,

　　　　Debtor.
_____/

**MOTION FOR RELIEF FROM STAY
REAL PROPERTY**
*Subject Property 31 Seaside Court, Margate, New Jersey 08402*

　　Nationstar Mortgage, LLC D/B/A Mr. Cooper as servicing agent for U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of *31 Seaside Court, Margate, New Jersey 08402* (the "Property"). The facts and circumstances supporting this Motion are set forth in the (i) Declaration in Support of Motion for Relief from Automatic Stay attached hereto as **Exhibit D** (the "Declaration") and (ii) Indebtedness Worksheet attached hereto as **Exhibit E** (the "Indebtedness Worksheet"). In further support of this Motion, Movant respectfully states:

　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on November 26, 2018.

　　2. The Debtor has executed and delivered or are otherwise obligated with respect to that certain promissory note, dated July 13, 2007, in the original principal amount of $999,999.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit A**. The Movant is an entity entitled to enforce the Note.

04-090360-B00

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor, Michael Pagano and Janet Pagano ("Co-Mortgagor") under and with respect to the Note and the Mortgage are secured by the Property. A true and correct copy of the Mortgage is attached hereto as **Exhibit B**.

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to an Assignment of Mortgage. True and correct copies of the Assignment of Mortgages are attached hereto as **Exhibit C**.

5. The legal description of the Property is set forth in the Mortgage, a copy of which is attached hereto, and such description is incorporated and made a part hereof by reference.

6. The post-petition payment address is Nationstar Mortgage, LLC D/B/A Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741.

7. The total outstanding amount of the Obligations as of December 12, 2018 is $1,729,899.96.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $750.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. The estimated market value of the Property is $769,300.00. The basis for such valuation is the State of New Jersey Division of Taxation Printout which is attached hereto as **Exhibit F**.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $1,296,803.84.

04-090360-B00

Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

    (b) Pursuant to 11 U.S.C. § 362(d)(2)(1), Debtor has no equity in the Property.

    (c) Pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant, prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived, during which period Debtor may have minimal motivation to insure, preserve or protect the Property.

4. For such other relief as the Court deems proper.

Frenkel Lambert Weiss Weisman & Gordon, LLP

*Kenia Molina*

Kenia Molina, Esq. Attorney for Movant
Florida Bar No. 85156
One East Broward Blvd, Suite 1430
Ft. Lauderdale, FL 33301
Tel: (954) 522-3233 | Fax: (954) 200-7770
Email: KMolina@flwlaw.com

04-090360-B00

I HEREBY CERTIFY that a true and correct copy of the Motion for Relief from Stay and Declaration in support of Motion for Relief and exhibits were delivered by First Class U.S Mail postage pre-paid and/or electronic mail this 22nd day of January, 2019.

MAILING LIST

*Pro Se Debtor*
**Michael A Pagano**
3209 N.E. 10th Street
#4
Pompano Beach, FL 33062

*Trustee*
**Chad S. Paiva**
525 Okeechobee Boulevard
Suite 900
West Palm Beach, FL 33401

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Frenkel Lambert Weiss Weisman & Gordon, LLP

*/s/ Kenia Molina*
Kenia Molina, Esq. Attorney for Movant
Florida Bar No. 85156
One East Broward Blvd, Suite 1430
Ft. Lauderdale, FL 33301
Tel: (954) 522-3233 | Fax: (954) 200-7770
Email: KMolina@flwlaw.com

04-090360-B00