

**ORDERED in the Southern District of Florida on February 19, 2019.**

                              **Raymond B. Ray, Judge**
                            **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 18-24646-RBR |
| | CHAPTER:7 |
| Michael A. Pagano | |
|     Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**(RE: 31 Seaside Court, Margate, New Jersey 08402)**

    This cause came before the Court for consideration of the *MOTION FOR RELIEF FROM STAY (D.E.12)* filed by Nationstar Mortgage LLC d/b/a Mr. Cooper. The Court having reviewed the Motion, having been advised that the parties agree to the entry of this Order, and being otherwise fully advised in the premises does,:

    ORDER and ADJUDGE as follows:

    1.    The Motion for Relief is GRANTED subject to the below limitations.

2. If the Chapter 7 Trustee has not sold the subject property by July 31, 2019, then Secured Creditor, Nationstar Mortgage, LLC d/b/a Mr. Cooper, is granted in rem relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief in accordance with non-bankruptcy law without further Order of this Court. Secured Creditor shall not seek or obtain *in personam* relief against the Debtor.

3. That, after July 31, 2019, the automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated without further order of this Court as to Secured Creditor's, Nationstar Mortgage, LLC d/b/a Mr. Cooper, interest in the following property:

> ALL THAT CERTAIN LOT, tract or parcel of land and premises situate, lying and being in the City of Margate, County of Atlantic and State of New Jersey, bounded and described as follows:
>
> BEGINNING at the intersection of the West line of Seaside Court (width varies) and the division line between Lots 77 and 1 in Block 610.01 as shown on the Margate City Tax Map and extending from said Beginning Point; thence
>
> (1) North 68 degrees 05 minutes 23.8 seconds West, in and along said line a distance of 149.654 feet to a point; thence
>
> (2) North 25 degrees 33 minutes 58 seconds East, a distance of 19.652 feet to a point; thence
>
> (3) North 66 degrees 30 minutes 00 seconds East, a distance of 94.62 feet to a point; thence
>
> (4) South 26 degrees 57 minutes 27.4 seconds East, a distance of 74.014 feet to a point; thence
>
> (5) South 68 degrees 05 minutes 23.8 seconds East, a distance of 19.253 feet to a point in the aforesaid East line of Seaside Court; thence
>
> (6) In a Southerly direction and curving to the right along the arc of a circle having a radius of 50.00 feet, an arc distance of 40.00 feet to the POINT AND PLACE OF BEGINNING.
>
> TOGETHER WITH a 13.00 feet wide drainage easement along the aforesaid division line between Lots 77 and 1 in Block 610.01, said easement's Northerly line being 10.00 feet North of said division line.

Said property has a common address of 31 Seaside Court, Margate, NJ 08402.

4.	The aforementioned deadline of July 31, 2019 for sale of the property is without prejudice to the Chapter 7 Trustee seeking an further extension of the automatic stay in the event there is a signed contract for sale of the subject Property prior to July 31, 2019.

5.	Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, must either be paid in full from proceeds of any sale or any short sale must first be approved by Secured Creditor.

6.	The Court retains jurisdiction over this matter to enter such further relief as may necessary to enforce this Order.

###

Submitted by:

Kenia Molina, Esq.
FRENKEL LAMBERT WEISS WEISMAN&GORDON LLP
One East Broward Boulevard, Suite 1430
Fort Lauderdale, FL 33301
Kmolina@flwlaw.com
Tel. (954) 522-3233
Facsimile: (954) 200-7770

Attorney Kenia Molina, Esq. is directed to furnish a conformed copy upon entry of this Order immediately upon receipt of same and file a certificate of service with the Court.