UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

Case No. 18-24646-RBR

**Michael Pagano**

    **Debtor.**

_____/

### TRUSTEE'S APPLICATION TO EMPLOY REALTOR ASHLEY FRANCHINI OF SOLEIL SOTHEBYS INTERNATIONAL REALTY TO LIST AND MARKET RESIDENTIAL REAL PROPERTY FOR SALE *NUNC PRO TUNC* TO FEBRUARY 18, 2019, AND TO APPROVE LISTING AGREEMENT FOR SALE OF RESIDENTIAL REAL PROPERTY

The Trustee, Chad S. Paiva, files this Application to Employ Ashley Franchini of Soleil Sotheby's International Realty to List and Market Residential Real Property for Sale *Nunc Pro Tunc* to February 18, 2019, and to Approve Listing Agreement for Sale of Residential Real Property, pursuant to 11 U.S.C. §327 and F.R.B.P. 2014(a), and in support thereof states:

    1.    Chad S. Paiva is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of the Debtor, Michael Pagano.

    2.    The Debtor is the sole owner of non-exempt residential real property and improvements located at 31 Seaside Court, Margate, NJ 08402 ("Real Property"). A true and correct copy of the current deed of ownership containing the legal description for the Real Property is attached hereto as Exhibit "A".

    3.    The Real Property is property of the estate pursuant to 11 U.S.C. §541(a).

    4.    The Applicant seeks to sell the Real Property for the benefit of the estate, and seeks to employ realtor Ashley Franchini of Soleil Sotheby's International Realty, 8502 Ventnor Ave., Margate City, FL 08402 (hereinafter referred to as "Local Listing Broker") to list and market the Real Property for sale.

1

5. The trustee believes that the highest and best value for the Real Property will be generated through a sale in which the Real Property is widely marketed to the public and offered at the highest price that the market will bear, and further believes that the employment of Local Listing Agent is in the best interest of the bankruptcy estate to sell the Property for the highest and best price.

6. Based on the Trustee's independent research and recommendation of the BK Global Real Estate Services., the entity that will be facilitating the short sale on behalf of the lender, Mr. Cooper f/k/a/ Nationstar Mortgage, the Trustee believes that the Local Listing Agent is experienced in the marketing and sale of residential real property in the Margate, NJ area.

7. The Local Listing Broker has agreed to market and show the Real Property to prospective purchasers and otherwise represent the estate as sell in the sale of the Real Property.

8. The Trustee seeks to employ the Local Listing Broker to market and sell the Real Property through September 30, 2019.

9. The Trustee is satisfied from the affidavit attached hereto as Exhibit "B" that the Local Listing Broker is disinterested as required by 11 U.S.C. §101(14).

10. A copy of the proposed listing agreement for the Real Property is attached hereto as "C". The proposed initial listing price set forth in the listing agreement is $649,900.00. The listing agreement further provides that (i) the total commission to be paid is 6% with a total of 4% to be paid to the Local Listing Broker and any participating realtor and 2% to be paid to BK Global, Inc., (ii) that the retention of the Local Listing Agent, listing agreement, and contract for sale is subject to bankruptcy court approval, (iii) except for warranty of title which may be contingent upon the non-debtor spouse executing a deed of transfer as required by New Jersey law, the sale of the Real Property is "as is", "where is", and without warranty or representation either express or

implied; (iv) the sale is conditioned upon the non-debtor spouse executing any documents of transfer as may be required under New Jersey law, and (v) any sale of the Real Property is conditioned upon the approval of the mortgage lender, Mr. Cooper f/k/a Nationstar Mortgage, since the sale will be a short sale.

11.     Based on the foregoing, the Trustee requests that the Court approve the employment the Local Listing Realtor, and approve the proposed listing agreement for the marketing and sale of the Real Property.

**WHEREFORE**, the Trustee, Chad S. Paiva, pursuant to 11 U.S.C. §327 respectfully request that the Court enter an Order granting the following relief:

   a.   Approve the employment of realtor Ashley Franchini of Soleil Sotheby's International Realty *nunc pro tunc* to February 18, 2019 upon the terms and conditions stated herein and in the proposed listing agreement attached to this Application;

   b.   Approve the listing agreement for the sale of the Real Property through September 30, 2019 with an initial listing price of $649,000.00 pursuant to the terms and conditions set forth herein; and

   c.   For such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the parties listed below in the manner indicated, on this the 21st day of February, 2019.

By: <u>/s/ Chad S. Paiva, Trustee</u><br>
Chad S. Paiva, Trustee<br>
525 Okeechobee Boulevard,<br>
Suite #900<br>
West Palm Beach FL 33401<br>
Telephone: (561) 227-2370<br>
Email: trustee@gmlaw.com

3

**Via ECF/CM:**

- Kenia L Molina    kmolina@flwlaw.com, kenia@keniamolina.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Via Regular Mail:**

Michael A Pagano, Debtor
3209 North East 10 St #4
Pompano Beach, FL  33062

Patrick Butler
BK Global Real Estate Services
1095 Broken Sound Parkway, N.W.
Suite 100
Boca Raton, FL  33487

Ashley Franchini, Realtor
Soleil Sotheby's International Realty
8502 Ventnor Avenue
Margate City, FL  08402

ALL CREDITORS AND INTERESTED PARTIES LISTED ON THE COURT MAILING MATRIX ATTACHED HERETO

# Deed

This Deed is made on January 22, 2003
BETWEEN
**JOSEPH R. PAGANO**

whose post office address is
31 Seaside Ct.
Margate, NJ 08402
referred to as the Grantor,
AND
**MICHAEL A. PAGANO**



Instr # 3009998
Recorded/Filed      CL
01/28/2003   14:05

MICHAEL J. GARVIN
Atlantic County Clerk
Bk 7395 Pg 1 of 4   PAG

whose post office address is
31 Seaside Ct.
Margate, NJ 08402
referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of **$1.00**
**One Dollars and No Cents**
The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of **Margate City**
Block No.   **610.01**   Lot No.   **77**   Qualifier No.   Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

**3. Property.** The Property consists of the land and all the buildings and structures on the land in the   **City**   of   **Margate City**
County of **Atlantic**   and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

---

Prepared by (print signer's name below signature)

**KEITH A. BONCHI, ESQUIRE**

(For Recorder's Use Only)

106 - Deed - Quitclaim - Ind. or Corp.
Plain Language
Rev. 10/96 P10/00

Powered by
HotDocs

©1998 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800-222-0510

**EXHIBIT A**

| NC1645 - Affidavit of Consideration<br>RTF-1 (Rev. 1/00)<br>P4/00 | STATE OF NEW JERSEY<br>AFFIDAVIT OF CONSIDERATION OR EXEMPTION<br>(P.L. 1968, c. 49) | ALL-STATE Legal®<br>A Division of ALL-STATE International, Inc.<br>(800) 000-0000  Page 1 |
|---|---|---|

**PART I**
**(P.J.)**

To be recorded with Deed pursuant to P.L. 1968, c. 49.

STATE OF NEW JERSEY  } SS:
COUNTY OF  ATLANTIC

Consideration: 1.00
County: 0.00
State: 0.00
N.P.R.F.: 0.00
Realty Tax: 0.00
Fees: 45.00    E

**(1) PARTY OR LEGAL REPRESENTATIVE**   (See Instr.)

Deponent  JOSEPH R. PAGANO  (Name), being duly sworn according to law upon his/her oath

deposes and says that he/she is the  Grantor  (State whether Grantor, Grantee, Legal Representative, Corporate Officer, Officer of Title Co., Lending Institution, etc.) in a deed dated  1/  /03,

transferring real property identified as Block No.  610.01   Lot No.  77

located at  31 Seaside Ct., Margate, Atlantic County, NJ
(Street Address, Municipality, County)

_____ and annexed hereto.

**(2) CONSIDERATION**   (See Instruction #6.)

Deponent states that, with respect to deed hereto annexed, the actual amount of money and the monetary value of any other thing of value constituting the entire compensation paid or to be paid for the transfer of title to the lands, tenements or other realty, including the remaining amount of any prior mortgage to which the transfer is subject or which is to be assumed and agreed to be paid by the grantee and any other lien or encumbrance thereon not paid, satisfied or removed in connection with the transfer of title is $ 1.00

**(3) FULL EXEMPTION FROM FEE**   Deponent claims that this deed transaction is fully exempt from the Realty Transfer Fee imposed by P.L. 1968, c. 49 for the following reason(s): Explain in detail. (See Instruction #7.) Mere reference to exemption symbol is not sufficient.
(a) For a consideration of less than $100.00

**(4) PARTIAL EXEMPTION FROM FEE**   NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. (See Instructions #8 and #9.)

Deponent claims that this deed transaction is exempt from the increased portion of the Realty Transfer Fee imposed by P.L. 1975, c. 176 for the following reason(s):

A) **SENIOR CITIZEN**   (See Instruction #8.)
☐ Grantor(s) 62 yrs. of age or over.*
☐ One- or two-family residential premises.
☐ Owned and occupied by grantor(s) at time of sale.
☐ Owners as joint tenants must all qualify except in the case of a spouse.

B) **BLIND**   (See Instruction #8.)
☐ Grantor(s) legally blind.*
☐ One- or two-family residential premises.
☐ Owned and occupied by grantor(s) at time of sale.
☐ No owners as joint tenants other than spouse or other qualified exempt owners.

**DISABLED**   (See Instruction #8.)
☐ Grantor(s) permanently and totally disabled.*
☐ One- or two-family residential premises.
☐ Receiving disability payments.
☐ Owned and occupied by grantor(s) at time of sale.
☐ Not gainfully employed.
☐ No owners as joint tenants other than spouse or other qualified exempt owners.

* IN THE CASE OF HUSBAND AND WIFE, ONLY ONE GRANTOR NEED QUALIFY

C) **LOW AND MODERATE INCOME HOUSING**   (See Instruction #8.)
☐ Affordable According to HUD Standards.
☐ Meets Income Requirements of Region.
☐ Reserved for Occupancy.
☐ Subject to Resale Controls.

D) **NEW CONSTRUCTION**   (See Instruction #9.)
☐ Entirely new improvement.
☐ Not previously used for any purpose.
☐ Not previously occupied.

Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of P.L. 1968, c. 49.

Subscribed and sworn to before me
this  22nd
day of  January, 2003

X /s/ Joseph R. Pagano
(signature of Deponent)
Joseph R. Pagano
31 Seaside Ct.
Margate, NJ 08402
Address of Deponent

Joseph R. Pagano
Name of Grantor (type above line)
31 Seaside Ct.
Margate, NJ 08402
Address of Grantor at Time of Sale

/s/ Annette Bruno

| ANNE M. BRUNO<br>NOTARY PUBLIC OF NEW JERSEY #0741<br>My Commission Expires June 10, 2007 | FOR OFFICIAL USE ONLY This space for use of County Clerk or Register of Deeds.<br>Instrument Number _____ County _____<br>Deed Number _____ Book _____ Page _____<br>Deed Dated _____ Date Recorded _____ |
|---|---|

IMPORTANT - BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE HEREOF. This format is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered without the approval of the Director.

ORIGINAL - To be retained by County.
DUPLICATE - To be forwarded by County to Division of Taxation on partial exemption from fee (N.J.A.C. 18:16 - 8.12)
TRIPLICATE - Is your file copy.

**ORIGINAL AND DUPLICATE COPY MUST BE SUBMITTED WITH DEED TO COUNTY RECORDING OFFICER**

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot, tract or parcel of land and premises situate, lying and being in the City of Margate, County of Atlantic and State of New Jersey; bounded and described as follows:

BEGINNING at the intersection of the East line of Seaside Court (width varies) and the division line between Lots 77 and 1 in Block 610.01 as shown on the Margate City Tax Map and extending from said BEGINNING point; thence:

1) North 68 degrees 05 minutes 23.8 seconds West, in and along said line a distance of 149.654 feet to a point; thence

2) North 25 degrees 33 minutes 58 seconds East, a distance of 19.652 feet to a point; thence

3) North 66 degrees 30 minutes 00 seconds East, a distance of 94.62 feet to a point; thence

4) South 26 degrees 57 minutes 27.4 seconds East, a distance of 74.014 feet to a point; thence

5) South 68 degrees 05 minutes 23.8 seconds East, a distance of 19.253 feet to a point in the aforesaid East line of Seaside Court; thence

6) In a Southerly direction and curving to the right along the arc of a circle having a radius of 50.00 feet, an arc distance of 40.00 feet to the point and place of BEGINNING.

TOGETHER WITH a 13.00 feet wide drainage easement along the aforesaid division line between Lots 77 and 1 in Block 610.01. Said easements Northerly line being 10.00 feet North of said division line.

KNOWN AS Lot 77 in Block 610.01 on the Tax Map of the City of Margate.

BEING the same premises which became vested in Joseph R. Pagano and Michael Anthony Pagano, as Joint Tenants, by deed from Joseph R. Pagano dated September 23, 2002 and recorded November 7, 2002 as Instrument #2101522 in the ATLANTIC County Clerk's Office.

The street address of the Property is:

**31 Seaside Ct., Margate, NJ**

**4. Type of Deed.** This Deed is called a Quitclaim Deed. The Grantor makes no promises as to ownership or title, but simply transfers whatever interest the Grantor has to the Grantee.

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page. If the Grantor is a corporation, this Deed is signed and attested to by its proper corporate officers and its corporate seal is affixed. (Print name below each signature).

Witnessed or Attested by:

_____(Seal)

_____(Seal)
JOSEPH R. PAGANO

STATE OF NEW JERSEY, COUNTY OF ATLANTIC     SS:
I CERTIFY that on January 22, 2003
**JOSEPH R. PAGANO**

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,

(c) made this Deed for $ 1.00        as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

IN COMPLIANCE WITH STATUTE I HAVE PRESENTED
AN ABSTRACT OF THE WITHIN TO ALL ASSESSORS
OF THE TAXING DISTRICT THEREIN MENTIONED

ATLANTIC COUNTY CLERK

ANNE M. BRUNO
NOTARY PUBLIC OF NEW JERSEY #2741
My Commission Expires June 16, 2007

STATE OF NEW JERSEY, COUNTY OF      SS:
I CERTIFY that on

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached Deed;
(b) was authorized to and did execute this Deed as
of        the entity named in this Deed;

(c) made this Deed for $ 1.00        as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.); and
(d) executed this Deed as the act of the entity.

RECORD AND RETURN TO:
Liberty Title Agency
2300 New Road
P.O. Box 655
Northfield, NJ 08225
609-484-0500

IN COMPLIANCE WITH STATUTE I HAVE PRESENTED
AN ABSTRACT OF THE WITHIN TO ALL ASSESSORS
OF THE TAXING DISTRICT THEREIN MENTIONED

ATLANTIC COUNTY CLERK

LA/5235c

106 - Deed - Quitclaim - Ind. or Corp.
Plain Language
Rev. 10/96  P10/00

Powered by 

©1998 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800-222-0510   Page 2

End of Document

Book7395   CFN#3009998                    Page 4 of 4

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 18-24646
                                                    Chapter 7
**Michael Pagano**

_____**Debtors**_____/

### AFFIDAVIT OF ASHLEY FRANCHINI IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND SOLEIL SOTHEBYS INTERNATIONAL REALTY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

STATE OF NEW JERSEY     )
                        )
COUNTY OF Atlantic      )

Ashley Franchini, being duly sworn, says:

1. I am a real estate agent duly licensed by the State of New Jersey.

2. I am an agent of Soleil Sothebys International Realty a New Jersey Corporation, with corporate offices located at 8502 Ventnor Ave Margate City, NJ 08402 ("Listing Agent").

3. I am familiar with the Application to Retain Soleil Sothebys International Realty, filed by the Trustee ("Application") and the property described therein.

4. I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 31 SEASIDE CT MARGATE, NJ 08402 (the "Property").

5. Soleil Sothebys International Realty has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.


EXHIBIT B

6.      Neither I nor any member of Soleil Sothebys International Realty hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

7.      To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

8.      I represent no interest adverse to the Debtors or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

_Ashley Franchini_
Ashley Franchini of
Soleil Sothebys International Realty

The foregoing instrument was sworn to and subscribed before me this __2nd__ day of __2·2__, 20_19_.

NOTARY PUBLIC

_Phyllis Scherr_
Notary Public, State of New Jersey

_____
Type, Stamp, or Print Name as Commissioned

Phyllis Scherr
Notary Public
New Jersey
My Commission Expires 11-15-2023
No. 2440531

2

**Soleil Sotheby's International Realty**
8502 Ventnor Avenue, Margate, NJ 08402.  609-487-8000

**EXCLUSIVE LISTING AGREEMENT**

PROPERTY ADDRESS: __31 Seaside Court__    CITY: __Margate, NJ__    DATE: _____

BLOCK: __610__    LOT: __77__    LOT SIZE: __99.09xirr__    MLS#: _____

LISTING BROKER: Soleil Sotheby's International Realty – 8502 Ventnor Ave, Margate NJ 08402. Office 293A

SELLER: __Chad Paiva, BK Trustee for estate of Michael Pagano__

In consideration for broker listing and attempting to obtain a purchaser for seller(s) property, the SELLER gives broker the sole and exclusive right to sell the property for $_____ or for any other price and any terms which the seller may consent in writing from this date through: _____ and authorizes the broker to place a Soleil Sotheby's International Realty "for sale" and/or "sold" sign on the property, removing all others, and to take any other reasonable action to sell the property. Broker will submit the listing to the MLS. In such an event, this listing is new construction the listing shall expire as stated above or within 30 days of the property being C/Oable, which ever comes later.

1) **COMMISSION ON SALE, EXCHANGE OR TRANSFER OF PROPERTY:** Seller hereby agrees to pay broker a commission of ~~6% of 6%~~ 5% at the time of settlement. Seller offers and Broker agrees to pay up to 50% or half of the commission earned to Subagents, Buyer's Broker or Transaction Broker which commission shall be payable at final settlement and is to be deducted from Broker's commission. However, in the event this does not close as a result of breach of contract by Seller, the Seller shall be liable to the listing broker for the commission. The brokerage fee shall be due and payable at the time of actual settlement and purchase money consideration has been received by the Seller. The Seller agrees and acknowledges that the dollar amount of the brokerage fee shall be a lien (legal claim) on the purchase money proceeds derived from the sale of the subject property. The Seller, by this Contract, authorizes and directs the Buyer's attorney, or the title insurance company, whichever is the case, to pay to the broker(s) the full brokerage fee as set forth above out of the proceeds of sale, prior to the payment of any funds to the Seller. The brokerage fee bill, duly receipted by the broker or broker's agent, or the closing attorney's or title insurance company's check in payment of such brokerage fee, shall be deemed a release and discharge of this lien.

AS SELLER, YOU HAVE THE RIGHT TO INDIVIDUALLY REACH AN AGREEMENT OF ANY FEE, COMMISSION OR OTHER CONSIDERATION WITH ANY BROKER. NO FEE, COMMISSION OR OTHER CONSIDERATION HAS BEEN FIXED BY ANY GOVERNMENTAL AUTHORITY, OR BY ANY TRADE ASSOCIATION OR MULTIPLE LISTING SERVICE. Nothing herein is intended to prohibit an individual Broker from establishing a policy regarding the amount of fee, commission or other valuable consideration to be charged in transactions by the Broker. Should it become necessary for Broker to take legal action to collect the payment due hereunder, Owner shall reimburse Broker for the costs of collection, including court costs and reasonable attorney's fees.

2) **BROKER PROTECTION:** A brokerage fee shall be paid by Seller if this property, or any portion of it, receiving any form of offer or is placed under contract, sold, conveyed, or otherwise transferred within 180 days of the termination of this Agreement, or any extension of it to anyone to whom the Broker has introduced the property to prior to final termination, provided Seller has received written notice including the names of prospective Buyers within (14) business days after termination of this agreement or any extension of it.

3) **FORFEITURE OF DEPOSIT:** In the event of a forfeiture of deposit monies by a purchaser the deposit shall be divided 75% to the Seller and 25% to the Broker as compensation for expenses incurred and services rendered, not to exceed the full commission.

4) **OTHER OBLIGATIONS OF SELLER:** Seller agrees to refer to Broker every person who contacts Seller directly during the term of this agreement concerning this listing or the sale of this property and to direct that all negotiations for a sale or lease shall be made through Broker. Seller shall cooperate with Broker in affording any prospective Buyer the opportunity for a full inspection of this property. Seller warrants that they are the only owners of this property, that they have the legal right and financial ability to list and sell it and that they can and will sign documents required to transfer good title at final settlement. Seller states that the information given on the listing agreement is complete and correct. Seller acknowledges receipt of the Memorandum of the Attorney General regarding discrimination. The seller agrees to supply Broker with a property disclosure form upon request. There are no Agreements or conditions other that those stated in this agreement.

Seller states that there are no confirmed or unconfirmed assessments for improvement that may exist which will affect this property except: __n/a__
Seller states that they are not aware of any Deed restrictions against this property which will have a greater effect that the current zoning ordinance except: __n/a__
Seller states there are no leases affecting the property except: __Janet Pagano__
Seller represents that the property is / is not in a flood zone (circle one)
Seller represents that the property does / does not have an underground oil tank (circle one)

5) **SELLER INDEMNIFIES** Broker from and against all claims, suits, cost, expert's fees, awards and judgments, including reasonable attorney's fees, arising out of or occasioned by any untrue statement of a material fact, or by the omission of a material fact necessary to make Seller's statements not misleading or untrue regarding the property or any aspect of it. Seller understands the authority conferred upon the Broker by this Agreement cannot be withdrawn during the term of this Agreement and shall be binding upon the heirs, executors, administrators, personal representative, and assigns of the Seller. Owner acknowledges that Broker is acting as an agent only and shall not be held liable to Owner or to any prospective or actual buyers of the property for the fulfillment or non-fulfillment of any terms, covenants and/or conditions of any sales agreement.

6) **FACSIMILE TRANSMISSION AND/OR COUNTERPARTS SIGNATURE:** This contract may be executed in any number of counterparts, including counterparts transmitted by telecopier, or fax, any one of which shall contribute an original of this contract. When counterparts or facsimile copies have been executed by all parties, they shall have the same effect as if the signatures to each counter part or copy were upon the same document and copies of such documents shall be deemed valid as originals. The parties agree that all such signatures may be transferred to a single document upon the request on any party.

7) Soleil Sotheby's International Realty shall charge a $185 electronic processing and transaction monitoring fee on all listings. This fee shall be collected at the time of settlement. This fee shall be waived in such an event total commissions for this transaction are 6% or higher of final sales price or if Soleil Sotheby's International Realty is the only broker involved in the transaction.

8) By signing this Listing Agreement, Seller/Landlord acknowledge they received the Consumer Information Statement on New Jersey Real Estate relationships, I, __Ashley Franchini__, as an authorized representative of Soleil Sotheby's International Realty, intend as of this time, to work with you as Seller's agent and disclosed dual agent if the opportunity arises.

SELLER: _____[signed]_____    SELLER: _____    DATE: __2/21/19__

MAILING ADDRESS & PHONE #: _____

LISTING AGENT: __Ashley Franchini__    BROKER: Soleil Sotheby's International Realty    DATE: _____

This is a legal and binding contract, if not understood, seek legal advice. To indicate their agreement, the Seller and Broker have completed and signed this contract. All parties necessary to legally convey the property must sign. Do not sign this listing agreement unless properly dated.

\* This Listing Agreement and any sale of the property is subject to and conditioned upon court approval by the United States Bankruptcy Court.

**EXHIBIT**
A

## ADDENDUM TO SEPARATE LISTING AGREEMENTS BETWEEN THE CHATPER 7 TRUSTEE, CHAD S. PAIVA, AND BOTH BK GLOBAL AND SOLEIL SOTHEBY'S INTERNATIONAL REALTY FOR SALE OF REAL PROPERTY LOCATED AT 31 SEASIDE COURT, MARGATE, NEW JERSEY ("REAL PROPERTY")

1. Retention of the Exclusive Broker, BK Global, and Local Listing Agent, Soleil Sotheby's International Realty, and the listing agreement executed by the Trustee with both entities is subject to bankruptcy court approval.

2. Except for warranty of title and as set forth in paragraph 3 below, the sale of the Real Property is "as is", "where is", and without warranty or representation either express or implied.

3. The sale is contingent upon the Debtor's non-debtor spouse, Janet Pagano, executing any documents of transfer as may be required under New Jersey law;

4. This is a short sale. Accordingly, any sale for the contract of the Real Property is contingent upon the approval of the mortgage lender, Mr. Cooper f/k/a Nationstar Mortgage and the Trustee's acceptance of the carve out for the bankruptcy estate offered by Mr. Cooper.

5. The Trustee's acceptance of sale is contingent upon Mr. Cooper agreeing to the 6% real estate commission and all costs of closing, and release of its mortgage and any deficiency claim against the bankruptcy estate.

6. The sale of the Real Property pursuant to any contract for sale approved by Mr. Cooper is contingent upon bankruptcy court approval after notice to all creditors.

7. The Trustee has the absolute right to abandon the Real Property and cancel the listing agreements with Bk Global and Soleil Sotheby's International Realty at any time.

8. The Trustee, Chad S. Paiva, is not executing either the listing agreement with BK Global or the listing agreement with Soleil Sotheby's International Realty in his individual capacity, but solely as Bankruptcy Trustee of the Michael Pagano bankruptcy estate, BK Global nor Soleil Sotheby's International Realty shall have any right or claim against the Trustee or bankruptcy estate for payment of any fees or costs should there be no sale of the Real Property for any reason, and BK Global's and Soleil Sotheby's International Realty's sole recourse for payment of real estate commission, fees and expenses shall be from the agreed upon surcharge to be paid by Mr. Cooper at the closing of the Bankruptcy Court approved contract for sale of the Real Property.

9. This document may be signed in counterparts.

Date: 2/19/2019

_____
By: Ashley Franchini, Soleil Sotheby's International Realty

Date: 2/19/19

_____
By: Patrick Butler, BK Global

Date: 2/21/19

_____
By: Chad Paiva, Trustee in Bankruptcy for Michael Pagano

```
Label Matrix for local noticing          Nationstar Mortgage LLC d/b/a Mr. Cooper    Action Supply Inc
113C-0                                   c/o Frenkel Lambert et al                   1413 Stagecoach Rd
Case 18-24646-RBR                        One East Broward Blvd., Suite 1430          Ocean View NJ 08230-1305
Southern District of Florida             Fort Lauderdale, FL 33301-1844
Fort Lauderdale
Wed Feb 20 11:21:16 EST 2019

Aurora Loan Services LLC                 (p)BANK OF AMERICA                          Bank Of New York
10359 park Meadow Drive                  PO BOX 982238                               225 Liberty Street
Suite 200                                EL PASO TX 79998-2238                       NY NY 10286-0001
lone tree CO 80124


Capital Bank USA NA                      Credit First                                Credit One Bank
PO Box 30281                             PO Box 81315                                PO Box 98872
Salt lake city UT 84130-0281             Cleveland OH 44181-0315                     Las Vegas NV 89193-8872



Flaster Greenberg                        Google Inc                                  Margate Water And Sewer Utility
1810 chapel ave                          1600 Amphitheater Parkway                   9001 Winchester Ave
West Cherry Hill NJ 08002-4618           Mountain view CA 94043-1351                 Margate NJ 08402-1239



Mercantile Adjustments bureau LLC        Midland funding LLC                         Nationstar Mortgage LLC
165 Lawrence Bell Drive South Suite      PO Box 2001                                 PO Box 650783
100                                      Warren MI 48090-2001                        Dallas Texas 75265-0783
Williamsville NY 14221-7900


New Penn Financial D/B/A Shell           Office of the US Trustee                    Pioneer credit recovery Inc
point Mortgage Servicing                 51 S.W. 1st Ave.                            26 Edward Street
75 Beatie place                          Suite 1204                                  Arcade NY 14009-1012
greensville SC 29601-2155                Miami, FL 33130-1614


Port Royale Apts                         SYNCB/Care Credit                           Trystone Capital LLC
3300 Port Royale Drive                   PO Box 965036                               1874 Marlton Pike East #7
Fort Lauderdale FL 33308-7919            Orlando FL 32896-5036                       Cherry Hill NJ 08003-2039


Wildwood Glass Company                   Chad S. Paiva                               Michael A Pagano
2505 New Jersey Ave                      trustee@gmlaw.com                           3209 North East 10 St #4
North Wildwood NJ 08260-2557             525 Okeechobee Blvd., Suite 900             Pompano Beach, FL 33062-3930
                                         West Palm Beach, FL 33401-6306
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America NA                       End of Label Matrix
PO Box 982238                            Mailable recipients    23
El Paso TX 79998                         Bypassed recipients     0
                                         Total                  23
```