

**ORDERED in the Southern District of Florida on March 22, 2019.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:                                                            CASE NO.: 18-24646-RBR
                                                                  Chapter 7
**Michael A Pagano,**

      **Debtor.**
_____/

### ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES *NUNC PRO TUNC* TO FEBRUARY 18, 2019

THIS MATTER came on to be heard on March 20, 2019, in Fort Lauderdale, Florida, pursuant to the Trustee's Application to Employ BK Global Real Estate Services pursuant to Local Rule 9013-1(C)(4) and 11 U.S.C. § 327 [DE#33]. The Court, having reviewed the

1

23518650:1

Application, having reviewed the Listing Agreement, having reviewed the Affidavit of Disinterestedness and it appearing that BK Global Real Estate Services, is a licensed real estate agent, holds no interest adverse to the estate, and is a disinterested party as required by 11 U.S.C. §327(a), and having determined that the employment of a real estate broker and agent is necessary and in the best interest of the estate, does

ORDER AND ADJUDGE:

1. The Trustee is authorized to employ BK Global Real Estate Services, as a real estate broker and agent of the estate for the purpose of marketing and selling the real property located at:

**31 Seaside Court, Margate, New Jersey 08402**
**Lot 77, Block 610.01 on the Tax Map of the City of Margate**

2. The employment is effective as of February 18, 2019 and shall terminate on September 30, 2019 unless extended by further Order of the Court.

3. Compensation to BK Global Real Estate Services shall be paid and expenses reimbursed as awarded by the Court upon proper application or in conjunction with an Order entered by the Court approving the sale of the real property at issue.

###

Submitted by:
Chad S. Paiva, Trustee
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 227-2370
trustee@gmlaw.com

**Chad S. Paiva, Esq. is directed to serve copies of this Order on all interested parties listed and file a certificate of service.**

**Electronic Mail Notice List**

- Kenia L Molina    kmolina@flwlaw.com, kenia@keniamolina.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Via Regular Mail**:

Michael A Pagano, Debtor
3209 North East 10 Street,  #4
Pompano Beach, FL  33062

Patrick Butler
BK Global Real Estate Services
1095 Broken Sound Parkway, N.W.
Suite 100
Boca Raton, FL  33487

Ashley Franchini, Realtor
Soleil Sotheby's International Realty
8502 Ventnor Avenue
Margate City, FL  08402

23518650:1